United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  NO. 3:20-cr-84-MMH-LLL

**CHRISTOPHER DOZIER**

___

## Clerk's Minutes

Proceeding: Change of Plea

| Judge | Laura Lothman Lambert United States Magistrate Judge | Date and Time | 2/2/2022 2:06 p.m. – 3:02 p.m. |
|---|---|---|---|
| Deputy Clerk | Megan Chaddock | Tape/Reporter | Digital |
| Counsel for United States | David B. Mesrobian, Assistant United States Attorney | Counsel for Defendant | Thomas M. Bell, Esquire |
| Interpreter | None Present | Probation | None Present |

Defendant placed under oath and questioned regarding Magistrate Judge conducting the plea hearing. Defendant consents.

Defendant advised of rights, charges, penalties, special assessment, and forfeiture provision.

Defendant entered a plea of guilty to Counts One, Three, and Four of the Indictment.

Count Two of the Indictment will be dismissed at sentencing, pursuant to the Plea Agreement.

Court finds defendant alert, intelligent, and willingly entered plea of guilty.

Changes made to the Plea Agreement by interlineation in open court.

[Continued to Page Two]

___

The United States and defense counsel waive the 14 day objection period to the Report and Recommendation.

**Report and Recommendation to enter.**

Sentencing to be set by District Judge.

Order of Detention remains in effect.

**Filed in open court:**
  **Notice Regarding Entry of a Plea of Guilty**
  **Plea agreement**